UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Kyle Mark Lawrence<br><br>　　　　　　　　　　Debtor(s)<br><br>Kyle Mark Lawrence<br>　　　　　　　　　　Appellant(s)<br>　vs.<br>Frost Bank<br>　　　　　　　　　　Appellee(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:　　17−32865−sgj7<br>Chapter No.:　7<br><br>Adversary No.:　　18−03220−sgj<br><br>Civil Action No.:　　3:19−cv−01843−K |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

　　Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 7/29/2019 regarding [97] Final Non−dischargeable Judgment. Entered on 7/16/2019 by Kyle Mark Lawrence in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

　　This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8009 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

- ☐ Appeal not timely filed.
- ☐ Appeal filing fee not paid.
- ☐ Appellant(s) failed to file designation of the record.
- ☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.
- ☑ Line Item 30 appellant designation: Transcript for 4/8/2019 hearing not ordered.

　　All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

　　The above referenced record was delivered to the U.S. District Clerk's Office on October 3, 2019.

DATED:  10/3/19　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk