Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285

ATTORNEYS FOR APPELLANT KYLE LAWRENCE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Kyle Lawrence** | § § § | |
| *Appellant* | § § | **Appeal No. 3:19-cv-01843-X** |
| v. | § § | |
| **Frost Bank** | § § § | |
| *Appellee* | § | |

## APPELLANT'S SECOND MOTION FOR EXTENSION OF DEADLINE TO FILE BRIEF

Appellant Kyle Lawrence ("**Appellant**" or "**Lawrence**") files this *Appellant's Second Motion for Extension of Deadline to File Brief* (the "**Motion**"), respectfully seeking an extension to file Appellant's Brief in this matter. In support of the Motion, Appellant states as follows:

1. On November 6, 2019, Appellant filed *Appellant's Second Motion for Leave to Supplement Record* (the "**2nd Motion to Supplement**") seeking to supplement the appellate record with: (1) Appellee's trial exhibits; (2) Appellant's Exhibit EE; (3) The pre-trial order; and (4) Appellee's disclosures.

2. The Court has not yet ruled on Appellant's 2nd Motion to Supplement.

3. The current deadline for Appellant to file his brief is as early as Wednesday, December 4, 2019.[1]

4. In the interest of caution, Appellant seeks to ensure that he has sufficient time to finalize his brief with appropriate citations to the supplemented record once this Court rules on his 2nd Motion to Supplement.

5. Therefore, Appellant respectfully requests that this Court extend the deadline to file Appellant's Brief to the later of seven (7) days following the date that the Bankruptcy Court supplements the record pursuant to the 2nd Motion to Supplement or December 23, 2019.

WHEREFORE, for the reasons cited herein, Appellant respectfully requests that this Court extend his deadline to file Appellant's Brief until the later of December 23, 2019, or seven (7) days following the date that the Bankruptcy Court supplements the record pursuant to the 2nd Motion to Supplement.

**DATED this 25th day of November, 2019.**

        Respectfully submitted,

        **THE MITCHELL LAW FIRM, L.P.**

        **/s/   Gregory W. Mitchell**
        Gregory W. Mitchell
        12720 Hillcrest Road
        Suite 625
        Dallas, Texas  75230
        (972)463-8417 – Office
        (972)432-7540 – Facsimile
        State Bar ID:  00791285
        E-mail:  greg@mitchellps.com

---

[1] This Court granted Appellant's first Motion for Extension on October 22, 2019 (Dkt. #6), pursuant to which Appellant had requested that the deadline be extended to the later of December 2, 2019, or 30 days following the date that the Bankruptcy supplemented the record.  The Bankruptcy Court initially supplemented the record on November 4, 2019 (Dkt. #9) – which would make Appellant's current deadline December 4, 2019.  However, the Bankruptcy Court subsequently augmented its supplement on November 22, 2019 (Dkt. #12) – which arguably extends Appellant's current deadline to December 23, 2019.

ATTORNEY FOR APPELLANT, KYLE LAWRENCE

### CERTIFICATE OF CONFERENCE

I hereby certify that on November 25, 2019, I communicated with Mr. M. Chad Berry regarding this Motion and the relief requested. Mr. Berry indicated that Appellee was unopposed to the relief requested.

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
Attorney for Appellant

### CERTIFICATE OF SERVICE

I hereby certify that on this **25th day of November, 2019**, the foregoing was served on all counsel of record in this matter via the Court's ECF system.

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
Attorney for Appellant