# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **Kyle Lawrence** | § | |
| | § | |
| *Appellant* | § | |
| | § | **Appeal No. 3:19-cv-01843-X** |
| v. | § | |
| | § | |
| **Frost Bank** | § | |
| | § | |
| *Appellee* | § | |

## ORDER GRANTING APPELLANT'S UNOPPOSED
## MOTION FOR EXTENSION OF DEADLINE TO FILE BRIEF

Before the Court is Appellant Kyle Lawrence's *Second Motion for Extension of Deadline to File Brief* ("**Motion**").  After reviewing the Motion and finding that the Motion is unopposed, the Court finds that the Motion should be granted.  It is therefore

**ORDERED** that *Appellant's Second Motion for Extension of Deadline to File Brief* is hereby GRANTED.  It is further

**ORDERED** that the deadline to file Appellant's Brief is extended to the later of seven (7) days following the Bankruptcy Court's supplement to the record in this case pursuant to *Appellant's Second Motion for Leave to Supplement Record*, or December 23, 2019.